

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00139-CV

DE LAGE LANDEN FINANCIAL SERVICES, INC., Appellant

V.

M.D.H. OILFIELD SERVICES LLC AND MICHAEL HILBURN, Appellees

§ On Appeal from County Court at Law No. 2

§ of Tarrant County (2021-006122-2)

§ March 30, 2023

§ Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's April 8, 2022 "Order Granting Amended Motion to Vacate." We vacate the trial court's order and dismiss this appeal for want of jurisdiction.

It is further ordered that Appellees M.D.H. Oilfield Services LLC and Michael Hilburn shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mike Wallach_____
    Justice Mike Wallach